# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BILLY WAYNE PERKINS,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 2:14-cv-00434-JAD-PAL

**ORDER**

    Petitioner having submitted a motion for an enlargement of time (first request) (#8), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for an enlargement of time (first request) (#8) is **GRANTED**. Petitioner shall have until February 23, 2015, to file and serve an amended petition for a writ of habeas corpus.

    DATED: December 16, 2014.

                                                                  JENNIFER A. DORSEY
                                                                  United States District Judge