# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BILLY WAYNE PERKINS,

     Petitioner,

vs.

ROBERT LEGRAND, et al.,

     Respondents.

Case No. 2:14-cv-00434-JAD-PAL

**ORDER**

     Petitioner having submitted a motion for an enlargement of time (third request) (#12), and good cause appearing;

     IT IS THEREFORE ORDERED that petitioner's motion for an enlargement of time (third request) **(Doc. 12) is GRANTED**.  Petitioner shall have through June 23, 2015, to file and serve an amended petition for a writ of habeas corpus.

     DATED: May 6, 2015.

JENNIFER A. DORSEY
United States District Judge