# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BILLY WAYNE PERKINS,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 2:14-cv-00434-JAD-PAL

**ORDER**

    Petitioner has filed a first amended petition (#14).  The court has reviewed it under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.  The court now directs respondents to file a response.

    IT IS THEREFORE ORDERED that respondents will have until November 16, 2015, to answer or otherwise respond to the first amended petition (#14).  Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default.  Successive motions to dismiss will not be entertained.  If respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have 45 days from the date on which the answer is served to file his reply.

    DATED: October 2, 2015.

                                                         JENNIFER A. DORSEY
                                                         United States District Judge