UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Billy Wayne Perkins,<br><br>    Petitioner<br><br>v.<br><br>Robert LeGrand, et al.,<br><br>    Respondents | 2:14-cv-00434-JAD-PAL<br><br>**Order Granting Motion to Reopen and Lifting Stay**<br><br>[ECF No. 29] |

On August 8, 2016, I stayed this action pending exhaustion of Perkins's due-process claim in Nevada state court, and I instructed Perkins to move to reopen this case at the conclusion of his state-court proceedings.[1]  Perkins now moves to reopen this case.[2]  Respondents have filed a non-opposition, reserving any potential defenses.[3]

Accordingly, IT IS HEREBY ORDERED that Perkins's motion to reopen **[ECF No. 29] is GRANTED.**  The Clerk of Court is directed to reopen this action and LIFT the stay.

IT IS FURTHER ORDERED that the supplemental exhibits [ECF No. 30] will be considered as additional exhibits to Perkins's first amended petition [ECF No. 14].

IT IS FURTHER ORDERED that respondents must answer or otherwise respond to the first amended petition [ECF No. 14] by **February 19, 2017.**  If respondents file and serve an answer, it must comply with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts.  Perkins's reply is due 45 days from receipt of respondents' answer.

Dated this 4th day of January, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 28.

[2] ECF No. 29.

[3] ECF No. 31.