UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Billy Wayne Perkins,

    Petitioner

v.

Robert Legrand, et al.,

    Respondents

2:14-cv-00434-JAD-PAL

**Order Granting Motion to Extend Time**

[ECF No. 34]

    Billy Wayne Perkins has filed an unopposed motion for extension of time to respond to respondents' motion to dismiss. Good cause appearing,

    IT IS HEREBY ORDERED that Perkins's motion to extend time (first request) **[ECF No. 34] is GRANTED. Perkins's response is due June 5, 2017.**

    Dated this 14th day of March, 2017.

                                            _____
                                            Jennifer A. Dorsey
                                            United States District Judge