# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Billy Wayne Perkins,<br><br>    Petitioner<br><br>v.<br><br>Robert LeGrand, et al.,<br><br>    Respondents | 2:14-cv-00434-JAD-PAL<br><br>**Order Extending Time**<br><br>[ECF No. 43] |

    Counseled petitioner Billy Wayne Perkins requests more time to reply to respondents' answer to his amended petition for a writ of habeas corpus, and he asks that February 9, 2018, be his new deadline.[1] This is Perkins's first request for a time extension, and it appears to be made in good faith and not solely for the purpose of delay.

    Accordingly, IT IS HEREBY ORDERED that Perkins's motion for an extension of time **[ECF No. 43] is GRANTED**. Perkins has **until February 9, 2018, to reply**.

    DATED: January 2, 2018.

                                              _____
                                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 43.